UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-cv-00594 ADS                                          Date:  June 29, 2026

Title:  *Ningyi Yuan v. Pam Bondi, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                                          None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On March 17, 2026, Plaintiff filed a Complaint.  (Dkt No. 1.)  The same day, a Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued.  (Dkt. No. 5.)  On March 30, 2026, a Summons was issued.  On May 20, 2026, the Court ordered Plaintiff to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge and Declination Of Consent Form. (Dkt. No. 12.)  To date, Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and follow court orders.  Plaintiff must file a written response no later than **July 6, 2026.**  Filing a proof of service that shows completed service upon Defendants of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>